# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160452(61)

CYNTHIA K. NEWMEYER and
LAWRENCE W. NEWMEYER,
        Plaintiffs-Appellants,

v

BANK OF AMERICA, INC. and FEDERAL
HOME LOAN MORTGAGE CORPORATION,
a/k/a FREDDIE MAC,
        Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160452
COA: 343206
Kalamazoo CC: 2015-000368-CH

On order of the Court, the motion for reconsideration of this Court's May 26, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020

a0831

Clerk